Heather M. DELGADO, Defendant/Counterclaim, Plaintiff Below–Appellant,

v.

Maurice A. MOSLEY, Plaintiff/Counterclaim, Defendant Below–Appellee.

No. 86, 2017

Supreme Court of Delaware.

Submitted: October 13, 2017

Decided: December 11, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 7830

AFFIRMED.

David PRESTON, III, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 311, 2017

Supreme Court of Delaware.

Submitted: October 27, 2017

Decided: December 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1604009646 (K)

AFFIRMED.

Robert HEARNE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 148, 2017

Supreme Court of Delaware.

Submitted: September 19, 2017

Decided: December 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1605006649 (N)

GRANTED. AFFIRMED.

William J. BOYLES, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 369, 2017

Supreme Court of Delaware.

Submitted: November 3, 2017

Decided: December 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1511005695 (K).

AFFIRMED.